```
 1                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE EASTERN DISTRICT OF VIRGINIA
 2                             Norfolk Division

 3
     - - - - - - - - - - - - - - - - - -
 4      UNITED STATES OF AMERICA,        )
                                         )
 5             Plaintiff,                )
                                         )          CRIMINAL CASE NO.
 6      v.                               )            2:12cr00184
                                         )
 7      ROBERT PATRICK HOFFMAN, II,      )
                                         )
 8             Defendant.                )
     - - - - - - - - - - - - - - - - - -
 9

10                        TRANSCRIPT OF PROCEEDINGS
                          (Testimony of F. Cattani)
11
                              Norfolk, Virginia
12                            August 20, 2013

13

14   BEFORE:   THE HONORABLE ROBERT G. DOUMAR,
               United States District Judge, and a jury
15

16   APPEARANCES:

17             UNITED STATES ATTORNEY'S OFFICE
               By:  Robert J. Krask
18                  Alan M. Salsbury
                    Assistant United States Attorneys
19             and
               U.S. DEPARTMENT OF JUSTICE
20             By:  Heather Schmidt
                    Counsel for the United States
21

22             FEDERAL PUBLIC DEFENDER'S OFFICE
               By:  Keith L. Kimball
23                  Assistant Federal Public Defender
               and
24             ZOBY, BROCCOLETTI & NORMILE
               By:  James O. Broccoletti
25                  Counsel for the Defendant
```

```
 1                        I N D E X

 2

 3   ON BEHALF OF THE GOVERNMENT:      Direct   Cross   Red.   Rec.

 4   F. Cattani                          3        27     39     --

 5

 6

 7

 8

 9

10                      E X H I B I T S

11   No.                                                      Page

12   Government Exhibit No. 64                                  15

13

14

15

16

17

18

19

20

21

22

23

24

25
```

F. Cattani - Direct

1           *****     *****     *****

2           MR. SALSBURY:  The government calls Frank Cattani.

3           THE COURT:  Would you close that book up there,

4    Mr...

5           (There was a pause in the proceedings.)

6           THE COURT:  All right.

7           (The witness was sworn by the clerk.)

8           FRANK CATTANI, called as a witness, having been

9    first duly sworn, testified as follows:

10                      DIRECT EXAMINATION

11   BY MR. SALSBURY:

12   Q.  Please state your name.

13   A.  My name is Frank Cattani.

14   Q.  How do you spell your last name?

15   A.  My name is spelled C-A-T-T-A-N-I.

16   Q.  Where do you live, sir?

17   A.  I live in Virginia Beach.

18   Q.  What is your present occupation?

19   A.  I'm a United States naval officer.

20   Q.  What is your rank?

21   A.  I'm a Captain in the Navy.

22   Q.  How long have you been in the Navy?

23   A.  I've been in the Navy for 27 years.

24   Q.  Captain Cattani, tell us about your educational

25   background.

F. Cattani - Direct

1   A.  I went to Cornell University under the Navy ROTC

2   scholarship program, and I got my commission upon completing

3   a four-year degree in electrical engineering.

4   Q.  Please tell the jury about your submarine training and

5   experience.

6   A.  After commissioning, I attended the Nuclear Power

7   Training Pipeline.  That's about a six-month routine of

8   classroom training, followed by a six-month period of

9   practical training before proceeding to basic officer school,

10  where I spent another three months learning basic submarine

11  operations and tactics in submarine system and design.

12        Then I reported to my first ship, the USS NEWPORT

13  NEWS, stationed here in Norfolk.  There I received on-the-job

14  training as a junior officer.  During that tour I earned my

15  submarine qualifications, which is typically about a one-year

16  process, and completed nuclear engineer qualifications, which

17  is the senior qualification for a first-tour officer.

18        Upon completion of that tour, before I went back to

19  a submarine as a department head, I attended the submarine

20  officer advance course, which is a six-month curriculum

21  focused on advanced submarine operations and tactics.  I

22  received on-the-job training during my department head tour

23  and proceeded to my next stat sea assignment, which was as an

24  executive officer.

25        Before that I received several months of training as

F. Cattani - Direct

1    a prospective executive officer preparing for

2    responsibilities as second in command for the submarine.  And

3    then I went to prospective commanding officer school before

4    proceeding to command of a submarine, the USS HARTFORD, which

5    is stationed in Groton, Connecticut, and received on-the-job

6    training there in command as well, and along the way

7    on-the-job training on shore assignments as a Squadron 8

8    operations officer, a joint maritime operations planner, on a

9    joint staff as a tactics and certification inspector for the

10   Commander of Submarine Force Atlantic staff, and also as a

11   inspector for the Nuclear Propulsion Examining Board.

12           And my final tour here in Norfolk on the waterfront

13   was as a commander of Submarine Squadron 8, where I had four

14   submarines assigned to me as the commodore, and on-the-job

15   training associated with that tour as well.

16   Q.   What is your present command?

17   A.   I'm currently assigned to Commander of Submarine Force

18   Atlantic as the Director for Tactics and Training.  My duties

19   and responsibilities pertain to the tactical doctrine that

20   our submarines subscribe to and operations at sea, and I'm

21   also directly involved in the submarine certification process

22   for deploying submarines.  And involved in that is my

23   certification of how the crew integrates the direct support

24   element into the operations of the crew at sea.

25   Q.   Generally speaking, what is the role of the Navy

F. Cattani - Direct

1  submarine force in the military operations in defense of the

2  United States?

3  A.  I would characterize the role of the submarine force as a

4  global force.  We're typically involved in missions around

5  the world.  We have several different types of submarines

6  that do different types of missions.

7         The SSBN force, which is our blastic missile

8  submarines, predominantly perform a strategic deterrent role

9  in support of our national security.

10         The SSGNs, which are a guided missile submarine, and

11  our attack submarines, all of which are nuclear-powered

12  submarines, conduct worldwide missions across the spectrum of

13  peacetime, intelligence collection operations through battle

14  space preparation in the event that, you know, hostilities or

15  escalation in a particular region of the world would occur.

16         So most of the time in our peacetime environment we

17  do operations around the world in the vicinity of foreign

18  countries.  Those types of missions we do are typically

19  intelligence collection type operations.  We refer to that as

20  intelligence surveillance and reconnaissance operations,

21  where we typically proceed to an area of interest and use

22  sensors installed on board the submarines with the crew and

23  the training that they've received and the direct support

24  element who is on board the ship to optimize the use of those

25  sensors.  And we monitor activity and we collect signals, we

1 identify patterns of foreign militaries, and we contribute

2 those findings to, again, knowledge of a potential battle

3 space, should our country go to war with that foreign

4 country.

5         But, in addition to that, the findings and the

6 intelligence collection feeds back into our diplomatic

7 processes that our senior leadership and our government use

8 to interact with other countries.

9 Q.  Is the submarine force sometimes referred to as the

10 "Silent Service"?

11 A.  Yes, the submarine community has been referred to as the

12 "Silent Service."  That is a traditional name that I've been

13 acquainted with over my years as a submariner, and I think

14 its origins come from the fact that typically our operations

15 are classified and they are handled appropriately when we are

16 what we refer to as being read into the different programs or

17 the different classifications.

18         We sign contracts acknowledging the fact that we

19 understand our responsibilities to be secure with the

20 information that we are being exposed to and to prevent

21 unauthorized disclosure, because we understand that the

22 compromise of that information, which is directly related to

23 the operations that our submarines do, has potential bad

24 consequences.

25         And I spoke of intelligence surveillance and

F. Cattani - Direct

1    reconnaissance before, intelligence collection type

2    operations.  We typically operate in areas of the world to

3    conduct missions and collect on certain types of activities,

4    and I refer to how that feeds back into, you know, our senior

5    leadership's decision making.

6           And to not safeguard the information and to operate

7    in a manner that's contrary to a silent service would

8    potentially interrupt the ability to conduct those missions.

9    With knowledge that a submarine might be in the area

10   conducting operations, the adversary may change their pattern

11   of operations.  For example, if the intelligence collection

12   was on a specific type of Navy vessel from the foreign

13   country, that vessel may change its location or the nature by

14   which it operates, making our intelligence collection harder

15   to achieve.  If the presence of a submarine were known in an

16   undisclosed or an unauthorized disclosed fashion, that would

17   compromise the covert nature of that operation.

18          And typically, again, in the submarine service,

19   silent service, we conduct undetected operations.  Our intent

20   is to remain covert, do what we need to do in support of your

21   national security, and then proceed back home at the end of

22   those missions.

23          And, finally, the unauthorized disclosure of the

24   information that we're exposed to could lead to prosecution

25   by foreign naval vessels of the submarine, which potentially

1   raises safety issues that potentially threaten the safety,

2   health and welfare of the crew on board, in addition to

3   safeguarding the material condition of that military asset;

4   namely, the submarine.

5        So we take the protection of the information we're

6   exposed to very seriously, and based on the manner with which

7   it has traditionally been safeguarded over the years the term

8   "Silent Service" has evolved.

9   Q.  What are the types and classes of submarines?

10  A.  There are several different types and classes of

11  submarines.  I referred to several of them earlier.

12       There's a Trident Class submarine which has been in

13  service now for about three decades.  The Trident Class right

14  now is split into two different types of submarines.  The

15  majority of the Trident Class are referred to as our SSBN

16  Force, which is nomenclature for ballistic missile

17  submarines.  They are the primary means that we contribute to

18  the nation's strategic security triad.

19       Several of the Trident Class submarines were

20  converted to SSGNs that have been in service for upwards of

21  about ten years now.  There was a conversion of the Trident

22  Class to be capable of carrying cruise missiles instead of

23  ballistic missiles; hence, the change in their name to

24  SSGN -- different type of submarine but still within the

25  Trident Class.

F. Cattani - Direct

1          There's also a Los Angeles Class attack submarine,

2     as well as Sea Wolf Class and Virginia Class attack

3     submarines.  The attack submarines are a tactical asset.

4     They're typically deploying to conduct the types of

5     intelligence collection that I mentioned earlier.

6          The three classes that comprise the attack

7     submarines -- the Los Angeles Class has been in service for

8     about three decades.  I've served on three of those.

9          The Sea Wolf Class numbers three in the order of

10    battle, and then there's a Virginia class, which is the

11    newest class of our attack submarines, several of which are

12    in construction right now over in Newport News in the

13    shipbuilding industry.

14    Q.  What is the approximate cost today of a new submarine?

15    A.  The new Virginia Class submarines approximate $2 billion

16    per platform.

17    Q.  All right.  Now, if you would, look in the exhibit

18    notebook in front of you at what previously has been

19    introduced as Government Exhibit Number 63.

20    A.  Okay.  I'm looking at Exhibit 63.

21    Q.  In preparation for your appearance today as a witness did

22    you review this document?

23    A.  Yes, I have.

24    Q.  First, if you would, please go to the fifth page of the

25    document near the bottom of the page.  Please read the

F. Cattani - Direct

1   question designated by the letter L.

2   A.   The question designated by the letter L reads:  "Please

3   tell us more about special missions against specific

4   countries.  What was specific purpose, and were operations

5   successful?  What submarines were used?  Always please be

6   precise."

7   Q.   The answer to that question follows.  Is that correct?

8   A.   Yes, it does.

9   Q.   Now, if you would, please go to the next page of the

10  document and look at the paragraph beginning with the words,

11  "That story made me think of this."

12  A.   I'm looking at that paragraph.

13  Q.   And you'll also see that paragraph on a screen which I

14  believe is to the side of your seat.  A portion of that

15  paragraph is highlighted.  Is that highlighted portion a part

16  of the answer to question L?

17  A.   Yes, it is.

18  Q.   Now, certain words in that highlighted portion are

19  enclosed by a box.  Is that correct?

20  A.   Yes, they are.

21  Q.   What does that signify?

22  A.   The words that are enclosed by the boxes are substituted

23  words for classified information that was in the original

24  document.

25  Q.   So is this document an edited version of an original

F. Cattani - Direct

1    document that contained the actual words?

2    A.   Yes, this document is an edited document with substitute

3    terminology in place of the classified term in the original

4    document.

5    Q.   Have you reviewed the original unedited document that

6    contains the actual words?

7    A.   Yes, I have reviewed that document.

8    Q.   Why is it necessary to have substitutions in the box for

9    the actual words that were written in the original document?

10   A.   The original document is classified.  It's classified

11   secret.

12   Q.   In particular, this highlighted portion?

13   A.   Yes, sir, this highlighted portion is classified secret.

14   Q.   Please read on the screen the highlighted portion.

15   A.   Do I understand the highlighted portion to be the portion

16   that's blown up right now?

17   Q.   Yes, sir.

18   A.   "I would put the U.S. and South Korea as tied for third.

19   Something else you might look into.  The specified country

20   actually came up with this to track drug smugglers at night.

21   Specified equipment used on a small aircraft.  One that does

22   not have radar.  Something with a pilot and navigator.  The

23   navigator relays the specified data fed to a ground station

24   in realtime, who in turn directs the aircraft to anything

25   suspicious.  In the specified location waters this proved

F. Cattani - Direct

1   damaging for submarines as they described vulnerability.

2   This resulted in a specified indicator pointing directly to

3   the submarine.  Ideally, they would have their IFF turned

4   off.  I know it is an international requirement, but it can

5   be picked up by the submarine.  But they won't be able to get

6   a bearing on it.  Direction-finding equipment was limited to

7   a number 12.5 percent of the actual lower frequency range to

8   the actual upper frequency range.  There was a DF system on

9   board that goes below a number 2.34 percent less than the

10  actual frequency value."

11  Q.  Thank you.  What you just read included an acronym IFF.

12  What does that stand for?

13  A.  IFF stands for identify friend or foe.

14  Q.  Now, at the bottom of the same page, page 6, please read

15  the question designated by the letter M.

16  A.  "What do you know about Russian submarine program and

17  capabilities?  Where is weakness in Russian submarine system

18  and American system?"

19  Q.  And the answer to that question follows.  Is that

20  correct?

21  A.  Yes.

22  Q.  Now, if you would, please, go to the next page of the

23  document and look at the paragraph beginning with the word

24  "operationally."  You'll also see that paragraph on the

25  screen, and a portion of the paragraph is highlighted.

F. Cattani - Direct

 1   A.   Okay, I see the paragraph.

 2   Q.   Is the highlighted portion a part of the answer to

 3   question M?

 4   A.   Yes, it is.

 5   Q.   Again, certain words are enclosed by a box, correct?

 6   A.   Yes, certain words are enclosed by boxes.

 7   Q.   And what does that signify?

 8   A.   The words enclosed by the boxes, similar to the previous

 9   line of questioning, provides substitute terminology that is

10   unclassified, in place of classified words that were in the

11   original document.

12   Q.   Please read --

13           THE COURT:  You've reviewed the original document on

14   this page, correct?

15           THE WITNESS:  Your Honor, I have reviewed the

16   original document.

17           THE COURT:  All right.

18   BY MR. SALSBURY:

19   Q.   Please read on the screen the highlighted portion.

20   A.   "Operationally, your submarines perform very well

21   independently, with a few exceptions.  Some communications

22   are not that secretive.  I'm talking about certain

23   transmissions.  (Deleted.)  Then we just observe the unit and

24   see how they react.  This goes a long way.  (Deleted.)  Using

25   such methods, geographic features of that area makes tracking

F. Cattani - Direct

1   your warships extremely easy.  The cold water allows for

2   greater sound propagation, and the geographic features of

3   that area echoes all sounds back into itself.  We have been

4   able to track your warships operating in the area from over a

5   certain number of miles away.  The U.S. (deleted.)  The only

6   aspect of Russia the U.S. Navy is interested in these days is

7   new development, experimentation, and technology.

8   (Deleted.)"

9   Q.  Now I'd like you to go back to the exhibit notebook and

10  look at what has been marked for identification as Government

11  Exhibit Number 64.

12          What is that exhibit?

13  A.  Exhibit 64 is an extract from Exhibit 63, extracted from

14  the paragraphs that I read aloud.

15  Q.  Does it show questions L and M and the highlighted

16  portions of the answers to those questions you read a moment

17  ago from Exhibit 63?

18  A.  Yes, it does.

19          MR. SALSBURY:  Your Honor, I move to introduce

20  Government Exhibit Number 64.

21          THE COURT:  Government Exhibit 64 is received in

22  evidence.

23          (The exhibit was admitted into evidence.)

24  BY MR. SALSBURY:

25  Q.  You indicated that the words that are enclosed by a box

F. Cattani - Direct

1   are substitutes for the actual words written in the actual

2   document, correct?

3   A.   Yes.

4   Q.   And you have reviewed that original document?

5   A.   Yes, I have reviewed the original document.

6   Q.   Now, I first want to ask you about question L and this

7   portion of the answer to it.

8        Does this portion of the answer to question L, with

9   the actual words as written in the original document that you

10  reviewed, contain information that relates to the national

11  defense of the United States?

12  A.   Yes, it does.

13  Q.   How is that so?

14  A.   The original information contained in the boxes for which

15  substitute words have been provided contains information that

16  is classified secret.

17  Q.   How does it relate to the national defense?

18  A.   Specifically, the information contained in paragraph L --

19  it does a couple things.  Relating back to what I told you

20  earlier, the information in paragraph L provides what I would

21  term tactical guidance for the aircraft that is referred to

22  in terms of how to operate its systems to be less detectable

23  by U.S. submarines potentially operating in the areas where

24  the aircraft is operating.

25       Additionally, the paragraph provides information

Heidi L. Jeffreys, Official Court Reporter

F. Cattani - Direct

 1    with regards to a submarine vulnerability that could be

 2    exploited to potentially detect that submarine.  So from the

 3    perspective of completing the submarine operations covertly,

 4    it represents a compromise to the potential covert operations

 5    of a U.S. submarine on such a mission.

 6    Q.  Captain, based on your knowledge and expertise, is the

 7    information in this answer to question L accurate?

 8    A.  Yes, it is.

 9    Q.  Is the information classified?

10    A.  Yes, it is classified.

11    Q.  Who classified it?

12    A.  The information was classified by the United States Navy

13    in accordance with governing documents.

14    Q.  What is the level of the classification of this

15    information?

16    A.  The information is classified to the secret level.

17    Q.  Was that the level of the classification of the

18    information on October 21st, 2012?

19    A.  Yes, it was.

20    Q.  Has this information ever been made public by the United

21    States Government?

22    A.  No, it has not.

23    Q.  Is the information found in sources that are available to

24    the general public?

25    A.  Say that again, please.

F. Cattani - Direct

1  Q.  Is the information found in sources that are available to

2  the general public?

3  A.  No, it is not.

4  Q.  Are you familiar with the indictment in this case?

5  A.  I am familiar with the indictment.

6  Q.  Is this the information classified as secret that the

7  defendant is alleged in the indictment to have delivered on

8  October 21st, 2012?

9  A.  Yes, it is.

10  Q.  In regard to the national security of the United States,

11  what does a classification of secret mean with respect to the

12  unauthorized disclosure of the information?

13  A.  The unauthorized disclosure of secret information is

14  considered damaging to U.S. national security, and that

15  definition is provided in a Presidential Executive Order.

16  Q.  Does this portion of the answer to question L with the

17  actual words as written in the original document that you

18  reviewed contain information that reveals and pertains to

19  methods to track United States submarines?

20  A.  Yes, it does.

21  Q.  Is that based on the answer you previously gave?

22  A.  Yes, it is.

23  Q.  Would a foreign government be able to use this

24  information to its advantage?

25  A.  Yes, I assess that it would be.

F. Cattani - Direct

1   Q.   How so?

2   A.   Well, as I mentioned earlier, by communicating a

3   potential vulnerability of a United States submarine.  If

4   this information were to be exploited by a foreign government

5   and its military forces, they could be inclined to try to use

6   the capability with knowledge of that vulnerability to detect

7   a U.S. submarine conducting deployed operations and

8   potentially disrupt the ability of that submarine to conduct

9   the mission.

10  Q.   Because of that, could the unauthorized disclosure of

11  this information reasonably result in serious damage to the

12  national security of the United States?

13  A.   Yes, it could.  By disrupting the mission that is being

14  conducted, that would potentially remove the ability to gain

15  intelligence that the United States Government would like to

16  leverage in diplomatic efforts and other military operations

17  and potentially be damaging.

18  Q.   Is that why the information is classified as secret?

19  A.   Yes, it is.

20  Q.   In response to the unauthorized disclosure of this

21  information to a foreign government, would the United States

22  have to modify its own techniques and procedures?

23  A.   Yes, that's possible.

24  Q.   What would that involve?

25  A.   Well, in the particular case of paragraph L, if the

Heidi L. Jeffreys, Official Court Reporter

F. Cattani - Direct

1   country -- the affected country were to take advantage of

2   vulnerability that is addressed in this paragraph and

3   potentially use its military aircraft and naval vessels to

4   use the capability and try to exploit that vulnerability of

5   the submarine, it may result in the submarine having to

6   operate in a different area and subsequently be deprived of

7   the intelligence collection that was intended for that area

8   of the world, and it could also result in the

9   counterdetection of that submarine, potential prosecution by

10  other naval vessels from the affected country.  And, as I

11  said earlier, anytime naval vessels from different countries

12  are -- interacting, one country prosecuting the other,

13  there's potential for safety issues that could affect the

14  integrity of that ship and the health and welfare of the crew

15  on board.

16  Q.  Now I want to ask you about question M and the answer to

17  it on this exhibit, Government Exhibit 64.

18        Again, in the answer to this question, the part in

19  this exhibit, are the words that are enclosed by a box

20  substitutes for the actual words written in the original

21  document that you reviewed?

22  A.  Yes, the words enclosed in the box are substitutes from

23  the original terminology in the original document that I have

24  reviewed.

25  Q.  Does this portion of the answer to question M in the

F. Cattani - Direct

1    version containing the actual words from the original

2    document contain information that relates to the national

3    defense of the United States?

4    A.  Yes, it does.

5    Q.  How is that so?

6    A.  Well, in paragraph M it specifically refers to a

7    capability of the United States submarines in a given area of

8    the world to track naval vessels from the affected country

9    that paragraph M refers to.  So it discloses capability of a

10   United States submarine which could affect current and future

11   operations and deployed submarine missions.

12   Q.  Based on your knowledge and expertise, Captain, is the

13   information accurate?

14   A.  Yes, it is.

15   Q.  Is it classified?

16   A.  It is classified.

17   Q.  Who classified it?

18   A.  The United States Navy classified the information in

19   paragraph M.

20   Q.  What is the level of the classification of this

21   information?

22   A.  The classification of the information in paragraph M in

23   the original document was classified top secret SCI, SCI

24   standing for sensitive compartmented information.

25   Q.  Was that the level of the classification of the

F. Cattani - Direct

1    information on October 21st, 2012?

2    A.  Yes, it was.

3    Q.  Has this information ever been made public by the United

4    States Government?

5    A.  No, it has not.

6    Q.  Is the information found in sources generally available

7    to the public?

8    A.  No, it is not.

9    Q.  Is this the information classified as top secret

10   sensitive compartmented information that the defendant is

11   alleged in the indictment to have delivered on October 21st,

12   2012?

13   A.  Yes, it is.

14   Q.  In regard to the national security of the United States,

15   what does a classification of top secret mean with respect to

16   the unauthorized disclosure of the information?

17   A.  In accordance with the Presidential Executive Order which

18   defines top secret, the unauthorized disclosure of top secret

19   information is considered exceptionally grave, potential

20   exceptionally grave damage to U.S. national security.

21   Q.  Does this portion of the answer to question M from the

22   actual document contain information that warns of the

23   capabilities of the United States to track foreign warships?

24   A.  Yes, it does.

25   Q.  How is that so?

Heidi L. Jeffreys, Official Court Reporter

F. Cattani - Direct

1   A.  Well, the information contained in paragraph M refers to

2   a specific part of the world, the associated acoustic

3   characteristics, and the ability of our submarines to track

4   another warship from the applicable country at certain

5   distances.  So it's clearly articulating a capability that

6   our U.S. submarines have pertinent to missions in that part

7   of the world.  So in that capacity giving away that

8   capability of our force is potentially damaging.

9   Q.  In fact, have United States submarines operated and

10  tracked foreign warships in the specific designated area that

11  is identified by the actual words in the original document?

12  A.  Yes, they have.

13  Q.  Would the unauthorized disclosure of this information

14  have an effect on the ability of the United States to detect

15  and monitor the warships and naval vessels of a foreign

16  government?

17  A.  Yes, it would.  Would you like me to explain that?

18  Q.  Yes.

19  A.  Okay.  Similar to what I said a little while ago, in this

20  particular case the capability of our submarines to track a

21  warship of interest from another country's order of battle in

22  a specific geographical location as disclosed here, the

23  potential exists for, with knowledge of this, the other

24  country would move that warship or subsequent warships to

25  different parts of the world and operate in different waters,

F. Cattani - Direct

1   which would deprive the U.S. submarines and the missions that

2   they're embarked on from detecting and monitoring the

3   activities of those vessels.

4   Q.  And, so, a foreign government would be able to use this

5   information to its advantage.  Is that correct?

6   A.  Yes, that is correct.

7   Q.  And, because of that, could the unauthorized disclosure

8   of this information reasonably result in exceptionally grave

9   damage to the national security of the United States?

10  A.  Yes.

11  Q.  Is that why the information is classified as top secret

12  SCI?

13  A.  Yes, it is.

14  Q.  In response to the unauthorized disclosure of this

15  information to a foreign government, would the United States

16  have to modify its own techniques and procedures, and what

17  would that involve?

18  A.  Yes, it's fair to say that the United States would have

19  to modify its techniques and procedures, specifically

20  devoting mission time to reevaluate the affected country and

21  the disposition of their naval forces, particularly if they

22  were to move them to different operating areas with different

23  environmental conditions.  Our submarines would have to

24  figure out the environmental factors that applied in that

25  different part of the world and basically would be subject to

F. Cattani - Direct

1   different challenges in terms of being able to detect and

2   track those warships from that country.

3   Q.  Are you familiar, Captain, with what is known in the Navy

4   as a cryptologic technician - technical, known as a CTT?

5   A.  Yes, I am familiar.

6   Q.  What are the duties of a CTT aboard a submarine?

7   A.  The duties of the CTT -- that rate is typically

8   associated with the direct support elements, which embark our

9   attack submarines and, in some cases, our guided missile

10  submarines to assist the crews of those submarines on

11  deployed missions.

12          The DSE, as it's called, includes the cryptologic

13  technicians - technical, as well as several other rates that

14  compromises that direct support element.

15          And the job of that element is to integrate with the

16  crew.  They are specialists in terms of the gear they operate

17  and the intelligence collection that they perform, and

18  they're a pretty significant enabler that allows the crew to

19  execute the missions that it's tasked to do.  And,

20  effectively, they become part of the crew when they're

21  deployed with us.

22  Q.  Captain, my final question is this:

23          By virtue of those duties you've just described,

24  would a CTT be in a position to know about the

25  vulnerabilities and capabilities of the United States

F. Cattani - Direct

1   submarines as they are described in these answers to
2   questions L and M?
3   A.   In my experience, the CTTs, along with the other
4   personnel who comprise the direct support element, are fully
5   integrated into the ship's operational planning, training,
6   and mission execution.  They're familiar with the specific
7   intelligence collection objectives and the capabilities of
8   the submarine, so yes.
9   Q.   Thank you, sir.
10          THE COURT:  This is a good time to take a break at
11   this time.  I think we'll take a break for 15 minutes, ladies
12   and gentlemen.
13          You're admonished, Captain, not to discuss your
14   testimony with anyone during the break.
15          THE WITNESS:  Yes, Your Honor.
16          THE COURT:  All right.
17          (The jury withdrew from the courtroom.)
18          THE COURT:  You may be excused.  We'll take a
19   15-minute recess.
20          (A recess was taken.)
21          THE COURT:  Please remain standing.
22          Mr. Farris, if you would bring in the jury.
23          (The jury entered the courtroom.)
24          THE COURT:  Let the record reflect the entire jury
25   has returned.

Heidi L. Jeffreys, Official Court Reporter

F. Cattani - Cross

1          You may be seated.

2          All right, Mr. Broccoletti, you may cross-examine.

3          MR. BROCCOLETTI:  Thank you, Your Honor.

4                       CROSS-EXAMINATION

5    BY MR. BROCCOLETTI:

6    Q.  Good morning, sir.

7    A.  Good morning.

8    Q.  With reference to Government's Exhibit 63, could you --

9    do you have the book in front of you?

10   A.  I do not.

11   Q.  We'll get it for you.

12         MR. BROCCOLETTI:  And if we could pull that up, 63,

13   please.

14         THE COURT:  Ms. Baxter --

15         THE CLERK:  Yes, sir.

16         THE COURT:  Any document that's received in evidence

17   they may look at.  It's already in evidence, okay?

18         THE CLERK:  Who?

19         THE COURT:  The reporter.

20         THE CLERK:  Oh.

21         THE COURT:  As long as it's in evidence, they may

22   look at it at the break.

23         You may proceed.

24         MR. BROCCOLETTI:  Yes, sir.

25   BY MR. BROCCOLETTI:

Heidi L. Jeffreys, Official Court Reporter

F. Cattani - Cross

1   Q.  Captain, have you ever served with Mr. Hoffman?

2   A.  No, not to my knowledge, I have not.

3   Q.  Are you familiar at all with his service in the United

4   States Navy; length of service or types of deployments that

5   he's been involved in?

6   A.  Only from what I gleaned from the classified exhibit.

7   Q.  All right.  Have you been able to review his -- I guess

8   his Navy jacket or career in terms of the last time he had

9   served on a submarine?

10  A.  No, I have not reviewed any of Mr. Hoffman's service

11  documentation.

12  Q.  All right.  If we look at Government's Exhibit 63,

13  question number D --

14         MR. BROCCOLETTI:  If you could highlight that for

15  us, please.  I'm sorry.  Just the question and the answer.  I

16  apologize.  My fault.

17         THE COURT:  53?

18         MR. BROCCOLETTI:  63, Your Honor.

19         THE COURT:  63?

20         MR. BROCCOLETTI:  Yes, sir.

21         THE COURT:  All right.  Excuse me.

22  BY MR. BROCCOLETTI:

23  Q.  All right.  And if you see the last line in that

24  particular question -- or answer, actually -- "It has been

25  four years since I left the submarine program, so I do not

—————————— F. Cattani - Cross ——————————

1    know the current sub systems in use."

2         Do you see that?

3    A.  Yes, I do.

4    Q.  All right.  Have you been able to confirm or not that it

5    had been four years since the defendant left the submarine

6    program?

7    A.  I have not confirmed that.

8    Q.  All right.

9         MR. BROCCOLETTI:  If we could look at page 2 of that

10   exhibit, number H, and just first of all the question, if you

11   would, please.

12        THE WITNESS:  Would you like me to read the question

13   H?

14   BY MR. BROCCOLETTI:

15   Q.  Yes, sir.

16   A.  Okay.

17        "Please tell us which submarines you were embarked

18   on and from which bases.  Please to describe submarine

19   capabilities, weapon systems, how many crew, and which

20   submarines are used for special operations.  Tell us about

21   submarine systems you are an expert of.  Please describe with

22   precision."

23   Q.  And, now, if we could look to the answer, to the first

24   paragraph of that, please.

25   A.  Yes, I'm looking at that.

————F. Cattani - Cross————

1   Q.  All right.  We're blowing that up for the jury now.

2         In that Mr. Hoffman indicates that he holds the

3   record for the most days deployed underwater.  "Literally, I

4   have spent more time underwater than any human being ever."

5         Have you ever been able to confirm that?

6   A.  I've made no effort to confirm that.

7   Q.  Are there records kept of such a thing?

8   A.  There may be, but I'm not aware that they're available to

9   me.

10  Q.  Further on down he indicates that he's been blown up

11  twice and has taken numerous head injuries over the last

12  20 years.  Have you been able to confirm that?

13  A.  No, I've not confirmed that.

14  Q.  If we turn to the second page -- excuse me, page 3, which

15  is the second part of that answer, in this particular answer

16  the defendant is talking about different classes of

17  submarines that you had described, also; Sea Wolf, Los

18  Angeles, Virginia.  Correct?

19  A.  Yes, sir.

20  Q.  And about halfway down that answer where it starts,

21  "Depths and speed, most Los Angeles" --

22         MR. BROCCOLETTI:  Do we see that, Agent Dougherty?

23  Could we blow that up all the way back down?

24  BY MR. BROCCOLETTI:

25  Q.  All right.  Now, in that particular answer there are also

1    brackets with the terms knots value plus 19 percent, knots

2    value plus 6 percent.  Do you see that?

3    A.  Yes, I see that.

4    Q.  And you have been able, as you established through

5    Counsel's previous questions to you, to review the original

6    document which contained the original numbers.

7    A.  That is correct.

8    Q.  Do these numbers contained within these brackets reflect

9    the numbers plus a particular percentage that was given?

10          In other words, is that a new 1688 can do knots value

11   plus 19 percent.  In other words, the figure that the

12   defendant provided in the answer was 19 percent off the

13   correct figure.

14   A.  Yeah, the information in the brackets with the

15   percentages is a -- basically, an unclassified substitution

16   for the accuracy of the information in the original document

17   relative to the precise information related to our

18   submarines.

19   Q.  So, with respect to, if we could, the Los Angeles Class

20   where it indicates, "A new 1688 can do knots value plus

21   19 percent but most top out at knots value plus

22   6 percent," do you see that in the answer?

23   A.  Yes, I do.

24   Q.  In other words, the original would have included an

25   amount plus either 19 percent or 6 percent.  That's how --

1   that's the distance or that's the amount that it's

2   inaccurate.

3   A.  Yes, sir, that's correct.

4   Q.  Likewise, with respect to the Sea Wolf Class knots value

5   2 plus 49 percent -- he was 49 percent off on the correct

6   amount.

7   A.  Yes, that's correct.

8   Q.  And that's reflected in the balance of that particular

9   answer, correct?

10  A.  Yes, it is.

11  Q.  All right.  So all of these reflect inaccurate amounts

12  that the defendant would have provided in his answers.

13  A.  The percentages provided are the inaccuracy of the data

14  provided, yes.

15  Q.  There's a reference to the USS AUGUSTA that's listed

16  there.  What is the USS AUGUSTA?

17  A.  The USS AUGUSTA is a United States attack submarine that

18  was decommissioned several years ago.

19          MR. BROCCOLETTI:  If we could look at Government's

20  Exhibit 94, page 51, please.

21  BY MR. BROCCOLETTI:

22  Q.  And while we're looking at that, you're aware that this

23  particular document that's reflected in Government's

24  Exhibit 63 was dropped off on October 21st of 2012?

25          THE COURT:  Exhibit 94?

––––––––––– F. Cattani - Cross –––––––––––

1          THE WITNESS:  I'm confused on whether I'm looking at

2   Exhibit 63 or 94.

3   BY MR. BROCCOLETTI:

4   Q.  Exhibit 63.

5   A.  Yeah.

6   Q.  The answers to these particular questions was part of the

7   drop that was made on the 21st of October of 2012.

8   A.  Yes, to my knowledge.

9   Q.  Now, if you would, look at Government Exhibit Number 94,

10  page 51.

11         MR. BROCCOLETTI:  And if you could highlight, Agent

12  Dougherty, for us, please, the reference about three-quarters

13  of the way down to USS AUGUSTA.  Do you see that?

14         AGENT DOUGHERTY:  Yes.

15  BY MR. BROCCOLETTI:

16  Q.  Do you see a reference on Government's Exhibit Number 94

17  on page 51 to USS AUGUSTA?  It's on the screen to your left.

18         THE COURT:  94 being the spreadsheet?

19         MR. BROCCOLETTI:  Yes, sir.

20         THE COURT:  All right.

21         (There was a pause in the proceedings.)

22         THE COURT:  What page is it on?

23         MR. BROCCOLETTI:  Page 51, Your Honor.

24  BY MR. BROCCOLETTI:

25  Q.  Do you see the reference to the USS AUGUSTA about

————————F. Cattani - Cross————————

1   three-quarters of the way down?

2   A.  I see the reference to the USS AUGUSTA.

3   Q.  And is that also dated October 21st, 2012?

4   A.  Yes, it is.

5   Q.  All right.

6        MR. BROCCOLETTI:  If we go back -- and I apologize,

7   Agent Dougherty.

8        If we go back to Exhibit 63, page 4, and if we go to

9   the last paragraph of that, please.

10  BY MR. BROCCOLETTI:

11  Q.  There's a reference here to the recording device used was

12  the Eagle 8 digital recorder.  Do you know what that is?

13  A.  I have no experience with the Eagle 8 digital recorder

14  that I can recall.

15  Q.  All right.

16        MR. BROCCOLETTI:  And if you would look on, again,

17  Government's Exhibit 94, page 52.  And if we could go, again,

18  three-quarters of the way down, approximately.

19        THE COURT:  If you would refer to date and time that

20  would help.

21        MR. BROCCOLETTI:  Yes, sir, we are.  It's --

22  BY MR. BROCCOLETTI:

23  Q.  If you see the reference to Eagle recorder on

24  Government's Exhibit 94, page 52 --

25        THE COURT:  He's not familiar with Eagle recorder,

—————————— F. Cattani - Cross ——————————

1   is he?

2           MR. BROCCOLETTI:  No, sir.  I'm asking him if he

3   sees the reference on the exhibit.

4           THE COURT:  Well, what does he have to do with it?

5           MR. BROCCOLETTI:  I'm tying it up, Judge.

6           THE COURT:  All right.

7           THE WITNESS:  I do see the reference.

8   BY MR. BROCCOLETTI:

9   Q.  And is that also on October the 21st?

10  A.  Yes, it is.

11  Q.  Now, are you currently serving on a submarine?

12  A.  No, I do not.

13  Q.  When is the last time that you have served on a

14  submarine?

15  A.  Can you clarify what you mean by "served on a submarine"?

16  Assigned to the submarine?

17  Q.  I'm sorry.  It's a term of art, and we're probably

18  speaking different languages, so I apologize.  Assigned to.

19  A.  Yeah, I had command of the USS HARTFORD through October

20  of 2006, so that was my last submarine assignment.

21  Q.  And since that time you've been assigned --

22  A.  Since that time I was assigned as a nuclear propulsion

23  plant inspector on the Fleet Forces Command staff, I was

24  assigned as commander of Submarine Squadron 8 here in

25  Norfolk, and am currently assigned as the Tactics and

1    Training Director for Commander Submarine Force Atlantic.

2    Q.  Now, you had nothing to do with this case back at the

3    time that the FBI was investigating it in and around

4    September and October of 2012.

5    A.  That is a true statement.

6    Q.  You came into the case about when?

7    A.  I came into this case approximately two or three months

8    ago.

9    Q.  All right.  With respect to the -- Counsel asked you with

10   respect to information that was in the public domain in terms

11   of submarines and tactics and tracking and trailing and

12   things of that particular nature.

13         Would it be fair to say that there have been a number

14   of -- if you're aware -- a number of articles, newspapers,

15   books published with respect to United States submarines?

16   A.  That would be a fair statement.

17   Q.  And would it be fair also to say that the information

18   contained within those books talks about submarine speeds,

19   depths, crush depths, things of that nature?

20   A.  I would be guessing to answer that question.

21   Q.  Are you aware of a book called Jane's Fighting Ships?

22   A.  I am aware of Jane's Fighting Ships.

23   Q.  What is that book?

24   A.  Jane's is an unclassified publication that contains

25   pictures and other data from warships worldwide.

F. Cattani - Cross

1   Q.  Does Jane's contain data on warships for, generally

2   speaking, all of the countries that maintain navies?

3   A.  Jane's contains a lot of information about foreign

4   navies.

5   Q.  Does Jane's contain information about United States

6   warships?

7   A.  Yes, Jane's contains information about United States

8   warships.

9   Q.  Does Jane's contain information about United States

10  submarines?

11  A.  Yes, Jane's contains information about United States

12  submarines.

13  Q.  Los Angeles Class, Sea Wolf Class and Virginia Class, the

14  ones that you've mentioned?

15  A.  Yes.

16  Q.  I understand that it's unclassified, but would that

17  information also relate to speed, submerged speeds, depths,

18  crush depths?

19  A.  I haven't looked at Jane's recently, but I believe that

20  it does.

21  Q.  Did you maintain a copy of Jane's while you were in

22  command of a submarine?

23  A.  I absolutely did.

24  Q.  For which purpose?

25  A.  Well, I also considered Jane's to be an unsubstantiated

F. Cattani - Cross

1    source of intelligence for any country that we were going to

2    conduct operations with, even our own U.S. warships.  Jane's

3    has great pictures and things like that, and provides perhaps

4    the top layer of intelligence so that we can dig into our

5    classified publications and actually confirm what information

6    is accurate and what is not.

7    Q.  Would you use Jane's as a reference point with respect to

8    foreign vessels as well?

9    A.  I would.  I would use Jane's to get some pictures of the

10   foreign vessels, and I would review the information in Jane's

11   as sort of an entering argument, I suppose.

12   Q.  You had mentioned IFF.  Again -- I'm sorry -- what is

13   that?

14   A.  IFF stands for identified friend or foe.  It's an

15   electronic admission.

16   Q.  And would it be fair to say that both friends and foes

17   conduct naval surveillance operations?

18   A.  That would be a fair statement.

19   Q.  Would it be fair to say also that friends and foes are

20   continually updating their ability to conduct surveillance

21   operations?

22   A.  It is a fair statement to say that surveillance

23   operations are very dynamic and frequently updated.

24   Q.  And would it be fair to say that those surveillance

25   operations would be incorporating the latest technology that

F. Cattani - Redirect

1   may be available?

2   A.   Yes, the latest technology that is available.

3   Q.   And would it be fair to say that the friends and foes

4   would be maintaining their surveillance capabilities based

5   upon the latest intelligence that was available?

6   A.   Yes, it would.

7   Q.   And when you say "constantly evolving and constantly

8   updating," it's a very fluid situation, in other words.

9   A.   Aspects of it can be very fluid.

10  Q.   Did you ever read the Tom Clancy book Guided Tour of a

11  Nuclear Warship -- Nuclear Submarine?

12  A.   I have not read that Tom Clancy book.

13  Q.   Are you familiar with that book?

14          THE COURT:  He says he hasn't read it.  Let's move

15  along.

16          MR. BROCCOLETTI:  Yes, sir.

17          THE COURT:  Don't start telling us about Tom

18  Clancy's book.  Let's go.

19          MR. BROCCOLETTI:  Thank you very much, sir.  I

20  appreciate it.

21          MR. SALSBURY:  If we could put back up Government

22  Exhibit 64.

23                    REDIRECT EXAMINATION

24  BY MR. SALSBURY:

25  Q.   Do you have 64 in front of you, sir?

1    A.  I do.

2    Q.  Mr. Broccoletti asked about Jane's and other public

3    sources.  Looking first at the answer to question M, to your

4    knowledge does the Jane's book, or any other book or any

5    other periodical, identify the specific geographic area that

6           Mr. Hoffman warns the Russians to stay away from in

7    this answer?

8    A.  Absolutely not.

9    Q.  Now, looking at the answer to question L, does the Jane's

10   book, or any other periodical or document that you're aware

11   of, identify the specific vulnerability of U.S. submarines in

12   the unedited version with the actual words, in the answer to

13   question L?

14   A.  No.

15   Q.  Okay.  Thank you, sir.

16          MR. BROCCOLETTI:  No, sir.  Thank you.

17          THE COURT:  The material that was contained in the

18   actual case -- that is, the actual letter itself, the

19   material that was there -- was that current in relation to

20   the 21st of October of 2012?

21          THE WITNESS:  Yes, Your Honor, to the best of my

22   knowledge, it was.

23          THE COURT:  Have I raised any points for you?

24          MR. BROCCOLETTI:  No, sir.

25          THE COURT:  Anything for you?

```
 1          MR. SALSBURY:  No, Your Honor.

 2          THE COURT:  Thank you.  Captain, you're instructed

 3   not to discuss your testimony with anyone until this case is

 4   complete, at which time you are free to discuss it with

 5   anyone you like.

 6          Do you need this witness any further, Mr. Krask or

 7   Mr. Salsbury?

 8          MR. SALSBURY:  No, Your Honor.

 9          THE COURT:  Do you need this witness any further,

10   Mr. Broccoletti?

11          MR. BROCCOLETTI:  No, sir.  Thank you.

12          THE COURT:  All right.  You may be excused, Captain.

13   Thank you very much, sir.

14                  *****     *****     *****

15

16                      CERTIFICATION

17

18          I certify that the foregoing is a correct transcript

19   from the record of proceedings in the above-entitled matter.

20

21                        s/s

22                   Heidi L. Jeffreys

23

24                  November 12, 2013

25                        Date
```